# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PHILLIP SCHULTZ,

        Petitioner

        v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS,

        Respondent

: No. 573 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.